# Third District Court of Appeal

## State of Florida

Opinion filed February 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1193
Lower Tribunal No. F18-18038
_____

**Leonel Alejandro Ramos-Argueta,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before EMAS, LINDSEY, and MILLER, JJ.

## <u>ON CONFESSION OF ERROR</u>

PER CURIAM.

Appellant, Leonel Alejandro Ramos-Argueta, appeals from a trial court order revoking his probation and sentencing him to a term of incarceration. Based upon the State's proper and commendable confession of error and our own independent review of the record, we affirm the revocation but remand with instructions that the written order of revocation be corrected to conform to the trial court's oral pronouncement.  See Salvatierra v. State, 691 So. 2d 32, 32 (Fla. 3d DCA 1997); Hernandez v. State, 254 So. 3d 1091, 1092 (Fla. 3d DCA 2018); Michel v. State, 289 So. 3d 522, 523 (Fla. 3d DCA 2019).

Affirmed in part; reversed in part; and remanded for further proceedings.